UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

In Re:
Cynthia Adams

Case No.: 22-19420 JNP

Chapter: _____13_____

Hearing Date: 2/15/2023_____

Judge: Poslusny_____

## CERTIFICATION OF SERVICE

1. I, M.J. Roames:

    _____ represent the debtor in the above captioned matter.

    ___X___ am the secretary / paralegal for ____Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On _____2/1/2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: _____Chapter 13 Plan_____

    _____.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: 2/1/2023_____              ___/s/ M.J. Roames___

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>335 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102<br><br>State of New Jersey<br>Po Box 283<br>Trenton, NJ 08602<br><br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112<br><br>Account Resolution Services<br>Attn: Bankruptcy<br>Po Box 459079<br>Sunrise, FL 33345 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

AEs/njhighed
Attn: Bankruptcy Dept
Po Box 2461
Harrisburg, PA 17105

Avant Credit, Inc
Attention Bankruptcy
Po Box 9183380
Chicago, IL 60691

Brittany Lakes and Meadows
Condo Assn
Po Box 239
Morrestown, NJ 08057

Capital One
Attn. Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CFNA/ Credit First Natl Assoc
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Webbank
6250 Ridgewood Rd
Saint Cloud, MN 56303

Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 Mcleland Road
Sant Cloud, MN 56303

Law Office of Dennis P. McInerney, LLC
710 E. Main Stret, Ste 2B
Moorsetown, NJ 08057

LVNV Funding/ Resurgent Capital
Po Box 10497
Greenville, SC 29603

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| HSBC Bank USA, National Association, at. El c/o MidFirst Bank 999 North West Grand Boulevard Oklahoma City, OK 73118<br><br>Specialized Loan Servicing 6200 S. Quebec Street, Suite 300 Greenwood Village, Colorado 80111<br><br>Denise Calron, Esquire KML Law Group, P.CO. 701 Market Street, Suite 5000 Philadelphia, PA 19106 | | |
| | Creditor | ___ Hand delivered<br> _X_  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.