| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    22-19420 JNP<br>Chapter:     13<br>Hearing Date:  November 14, 2023<br>Judge:       Poslusny |
| In Re:<br>        Cynthia M. Adams | |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by ____HSBC Bank USA, N.A,____ creditor,
   A hearing has been scheduled for ____November 14, 2023____, at ____11:00 AM____.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [x] Payments have been made in the amount of $__2,168.43____, but have not been accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):


   [x] Other (explain your answer): Since the motion for relief has been filed, I have become current with all of my past due payments.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: 11/07/2023                      /s/ Cynthia Adams
                                                                       Debtor's Signature



### PNC Online Banking

| Date | Description | Amount | Account |
|---|---|---|---|
| 10/19/2023 | Check 1390 | $723.00 | XXXXXX9658 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

---

CYNTHIA ADAMS
2601 SUSSEX CT.
MOUNT LAUREL, NJ 08054-4240

1390

Oct 9, 2023

Pay to the Order of  Midland Mortgage    | $ 723.00

Seven Hundred Twenty Three    Dollars

**PNCBANK**
PNC Bank, N.A.

For 3051923943    Cynthia Adams

⑆031207607⑆ 8026689658⑈ 1390

70291 10/19/2023 230010802 189 378 00003

02 2111523290000000000000051923943    XXXXXX5494
CREDIT TO THE ACCT WITHIN NAMED PAYEE    BOKF18
LACK OF ENDORSEMENT GUARANTEED    >103900036<
98112567    20231019

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.



◀ Search 2:44 PM 26%

Select image view options. Front View Back View Zoom In Close Window

PNC Online Banking

| Date | Description | Amount | Account |
|---|---|---|---|
| 09/18/2023 | Check 1386 | $722.81 | XXXXXX9658 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

AA onlinebanking.pnc.com

Select image view options.   Print   Mail or Fax   Close Window

☑ Front View   ☑ Back View   🔍 Zoom Out

### PNC Online Banking

| Date | Description | Amount | Account |
|---|---|---|---|
| 11/01/2023 | Check 1387 | $722.81 | XXXXXX9658 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



```
CYNTHIA ADAMS                                          1387
2501 SUSSEX CT.                                     55-780/0312
MOUNT LAUREL, NJ 08054-4240                             077
                                        10-24-2023
                                            Date
Pay to the
Order of  Midland Mortgage              $722.81
  Seven Hundred Twenty Two and 81/100        Dollars

PNC BANK
PNC Bank, N.A.    (NJ)
                           Soap
For 605 1923943                  Cynthia Adams

⑆031207607⑆ 802668965 8⑈     1387
```

```
70291  11/01/2023   250008538  26  064  00005

02  212402330 ⬛⬛⬛⬛⬛⬛⬛⬛⬛000051923943        XXXXXX5494
CREDIT TO THE ACCT WITHIN NAMED PAYEE        BOKF 18
LACK OF ENDORSEMENT GUARANTEED              > 103900036 <
98994274                    20231101
```

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

Select image view options.                                                                      Print     Mail or Fax    Close Window
☑ Front View   ☑ Back View   🔍 Zoom Out

## PNC Online Banking

| Date | Description | Amount | Account |
|---|---|---|---|
| 11/01/2023 | Check 1388 | $723.00 | XXXXXX9658 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

AA  🔒 onlinebanking.pnc.com  ↻