UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank, et al.

In Re:

Cynthia M. Adams,

Debtor.

Case No.:      22-19420-JNP

Chapter:      13

Hearing Date:      11/14/2023

Judge:      Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2501 Sussex Court (Docket # 21)

_____

Date: 11/13/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*