Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−19420−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia M. Adams
   aka Cynthia M. Jones, aka Cynthia Marie
   Adams
   2501A Sussex Ct
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−2671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 18, 2024
JAN: as

                                                         Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Cynthia M. Adams  
    Debtor

Case No. 22-19420-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 18, 2024      Form ID: 148      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia M. Adams, 2501A Sussex Ct, Mount Laurel, NJ 08054-4240 |
| 519775525 | + | AEs/njhighed, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519775527 | + | Brittany Lakes and Meadows Condo Assn, PO Box 239, Moorestown, NJ 08057-0239 |
| 519775534 | + | Law Office of Dennis P. McInerney, LLC, 710 E Main St, Ste 2B, Moorestown, NJ 08057-3066 |
| 519775539 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2024 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2024 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 18 2024 21:48:17 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519775524 | ^ | MEBN | Jan 18 2024 21:47:41 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519775526 | + | Email/Text: bk@avant.com | Jan 18 2024 21:56:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519775529 | + | EDI: CRFRSTNA.COM | Jan 19 2024 02:32:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519784071 | | EDI: CRFRSTNA.COM | Jan 19 2024 02:32:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 519775528 | + | EDI: CAPITALONE.COM | Jan 19 2024 02:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519791415 | + | EDI: AIS.COM | Jan 19 2024 02:32:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519775530 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2024 22:10:47 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519788114 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 18 2024 21:55:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 519830898 | | Email/Text: BNCnotices@dcmservices.com | Jan 18 2024 21:54:00 | Emergency Physician Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |

Case 22-19420-JNP    Doc 28    Filed 01/20/24    Entered 01/21/24 00:19:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: 148 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519821176 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2024 21:54:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519807781 | + | EDI: AISMIDFIRST | Jan 19 2024 02:32:00 | HSBC Bank USA, National Association, at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519775531 | | EDI: IRS.COM | Jan 19 2024 02:32:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519820999 | | EDI: JEFFERSONCAP.COM | Jan 19 2024 02:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519775532 | | EDI: JEFFERSONCAP.COM | Jan 19 2024 02:32:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519783984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 22:10:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519775535 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 21:56:48 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 519787020 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2024 21:56:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519775536 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2024 21:57:36 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519775537 | + | EDI: AISMIDFIRST | Jan 19 2024 02:32:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519820993 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 18 2024 21:53:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519775538 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2024 21:54:00 | Specialized Loan Servicing, Attn: Bankruptcy Department, 8742 Lucent Boulevard, Littleton, CO 80129-2386 |
| 519775540 | + | EDI: BLUESTEM | Jan 19 2024 02:32:00 | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519775533 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Cynthia M. Adams ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7